**A. W. SCHNITGER, Plaintiff-Appellant,**

v.

**CANOGA ELECTRONICS CORP.,**
**Defendant-Appellee.**

**No. 71-2614.**

United States Court of Appeals,
Ninth Circuit.

June 20, 1972.

A. W. Schnitger, Garden Grove, Cal.,
for plaintiff-appellant.

Carlos Solis, Alfred E. Augustini, of
Kindel & Anderson, Los Angeles, Cal.,
for defendant-appellee.

Before BROWNING, HUFSTEDLER
and WRIGHT, Circuit Judges.

PER CURIAM:

Schnitger appeals from a district
court order dismissing his complaint for
declaratory relief against Canoga Elec-
tronics Corporation. We affirm.

Canoga's subsidiary, Scanbe Manufac-
turing Corporation, produces electrical
circuit board files pursuant to Patent
Re. 25,595. Scanbe obtained a judicial
decision in 1966 that the patent was val-
id and that William Tryon, d/b/a Tryon
Components Company, was infringing it
by making and selling printed circuit
card holders and card holder assemblies.
The court enjoined Tryon from future
infringement.

Schnitger wants to purchase the cir-
cuit board files from Tryon, which can-
not sell to him because of the 1966 in-
junction. Hence Schnitger brought this
declaratory judgment action seeking a
judicial ruling that the Scanbe patent is
invalid and that Tryon can sell it despite
the 1966 judgment.

Although the district court did not
specify the reasons for its dismissal, it
appears from the record that Schnitger
is in privity with Tryon. The 1966
judgment is *res judicata* as to Tryon
and those who obtain the infringing
product from him. Ransburg Electro-
Coating Corp. v. Williams, 246 F.Supp.
626 (W.D.Ark.1965). That judgment
provides a complete defense to Schnit-
ger's declaratory judgment action, and
the district court properly dismissed it.

The order of the district court is af-
firmed.